**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS**
**WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5460
Facsimile: (214) 871-2111
jbergh@qslwm.com
**Counsel for Trans Union LLC**

**Designated Attorney for Personal Service**
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DIANA CALDERON-GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>TRANSUNION, LLC and MIDLAND FUNDING, LLC,<br><br>Defendants. | Case No. 2:19-cv-01621-APG-EJY<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Diana Calderon-Garcia ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, hereby file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On September 13, 2019, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is October 9, 2019. The allegations in Plaintiff's Complaint date back to August 2019 and relate to multiple accounts on her Trans Union credit file, accounts which allegedly do not belong to her. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's claims and Trans

Union's counsel will need additional time to review the documents so that it may meaningfully respond to the specific allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to, and including, October 30, 2019. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint. This Motion is filed in good faith and not for the purposes of delay.

Dated this 1st day of October 2019

**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**

*/s/ Jennifer Bergh*
Jennifer Bergh
Nevada Bar No. 14480
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5460
Facsimile: (214) 871-2111
jbergh@qslwm.com
**Counsel for Trans Union LLC**

**HAINES & KRIEGER , LLC**

*/s/ Miles N. Clark*
David H. Krieger
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
dkrieger@hainesandkrieger.com
and
Matthew I. Knepper
Nevada Bar No. 12796
Miles N. Clark
Nevada Bar No. 13848
5510 S. Fort Apache Road, Suite 30
Las Vegas, NV 89148
Telephone: (702) 856-7430
Facsimile: (702) 447-8048
matthew.kneppper@knepperclark.com
miles.clark@knepperclark.com
**Counsel for Plaintiff**

| | |
|---|---|
| 1 | **ORDER** |
| 2 | |
| 3 | The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED. |
| 4 | |
| 5 | |
| 6 | Dated this 3rd day of October, 2019. |
| 7 | _____ |
| | UNITED STATES MAGISTRATE JUDGE |

3996694.1

3