GINA M. MUSHMECHE, ESQ.
Nevada Bar No. 11611
**KRAVITZ, SCHNITZER & JOHNSON, CHTD.**
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
Tele: (702) 362-6666
Fax: (702) 362-2203
gmushmeche@ksjattorneys.com
*Attorneys for Defendant,*
*Midland Funding, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIANA CALDERON-GARCIA;<br><br>Plaintiffs,<br><br>vs.<br><br>TRANS UNION, LLC AND MIDLAND FUNDING, LLC;<br><br>Defendants. | CASE NO. 2:19-cv-01621-APG-EJY<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR MIDLAND FUNDING, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST FOR EXTENSION]** |

COMES NOW, Defendant Midland Funding, LLC ("Midland"), and Plaintiff, Diana Calderon-Garcia ("Plaintiff"), by and through their respective counsel of record, stipulate and agree to extend the deadline to October 23, 2019, for Midland to answer or otherwise plead in response to Plaintiff's Complaint.

This is Midland's first request for an extension, which it requested from Plaintiff in order to allow Midland additional time to investigate the factual allegations of the Complaint. Plaintiff has no opposition to Midland's request for an extension.

///

///

///

///

///

///

1

No additional requests for extensions are contemplated.

**IT IS SO STIPULATED.**

DATED this 9th day of October 2019.

            **KRAVITZ, SCHNITER & JOHNSON, CHTD.**

            */s/ Gina M. Mushmeche*
            GINA M. MUSHMECHE, ESQ.
            Nevada Bar No. 11611
            **KRAVITZ, SCHNITZER & JOHNSON, CHTD.**
            8985 S. Eastern Ave., Ste. 200
            Las Vegas, NV 89123
            *Attorneys for Defendant,*
            *Midland Funding, LLC*

DATED this 9th day of October 2019.

            **HAINES & KRIEGER, LLC**

            */s/ Miles N. Clark*
            David H. Krieger, Esq.
            8985 S. Eastern Avenue, Suite 350
            Las Vegas, NV 89123
            *Attorneys for Plaintiff*
            and
            Matthew I. Knepper, Esq.
            Miles N. Clark, Esq.
            **KNEPPER & CLARK LLC**
            5510 S. Fort Apache Rd., Suite 30
            Las Vegas, NV 89148-7700

## **ORDER**

IT IS SO ORDERED.

DATED this __10th__ day of October 2019.

            _____
            UNITED STATES MAGISTRATE JUDGE