GINA M. MUSHMECHE, ESQ.
Nevada Bar No. 11611
**KRAVITZ, SCHNITZER, & JOHNSON, CHTD**
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702-362-6666
Facsimile: 702-362-2203
gmushmeche@kssattorneys.com

*Attorneys for Defendant*
*Midland Funding, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Diana Calderon-Garcia,<br><br>  Plaintiff,<br><br>v.<br><br>Trans Union, LLC and Midland Funding, LLC<br><br>  Defendants. | CASE NO. 2:19-cv-01621-APG-EJY<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR MIDLAND FUNDING, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[SECOND REQUEST FOR EXTENSION]** |

COMES NOW, Defendant Midland Funding, LLC ("Midland"), and Plaintiff, Diana Calderon-Garcia ("Plaintiff"), by and through their respective counsel of record, stipulate and agree to extend the deadline to October 30, 2019, for Midland to answer or otherwise plead in response to Plaintiff's Complaint.

This stipulation and order is being sought in good faith and not for the purposes of delay but for the Parties to finish exploring the possibility of settlement and seek this extension to accommodate negotiations. Plaintiff has no opposition to Midland's request for an extension. This is Midland's second request for an extension.

No additional requests for extensions are contemplated.

**IT IS SO STIPULATED.**

*///*

*///*

*///*

1024408\304577231.v1

DATED this 23rd day of October 2019.

| HAINES & KRIEGER, LLC | KRAVITZ, SCHNITZER & JOHNSON, CHTD |
|---|---|
| */s/ David Krieger* | */s/ Gina M. Mushmeche* |
| David H. Krieger, Esq. | Gina M. Mushmeche, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 116411 |
| 8985 S. Eastern Avenue, Suite 350 | 8985 S. Eastern Avenue, Suite 200 |
| Las Vegas, NV 89123 | Las Vegas, Nevada 89123 |
| Telephone: 702-880-5554 | Tel: 702-362-6666 |
| Facsimile: 702-385-5518 | gmushmeche@ksjattorneys.com |
| dkrieger@hainesandkrieger.com | *Attorneys for Defendant Midland Funding, LLC* |
| *Attorneys for Plaintiff* | |

KNEPPER & CLARK LLC

*/s/ Miles N. Clark*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
5510 S. Fort Apache Rd., Suite 30
Las Vegas, NV 89148-7700
Telephone: 702-856-7430
Facsimile: 702-447-8048
matthew.knepper knepperclark.com
miles.clark@knepperclark.com
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 24, 2019

2