Jennifer Bergh
jbergh@qslwm.com
Quilling Selander Lownds
Winslett & Moser, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5460
(214) 871-2111 Fax
**Counsel for Trans Union LLC**

**\*\*Designated Attorney for Personal Service\*\***
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DIANA CALDERON-GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>TRANSUNION, LLC and MIDLAND FUNDING, LLC,<br><br>Defendants. | Case No. 2:19-cv-01621-APG-EJY<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC** |

Plaintiff Diana Calderon-Garcia and Defendant Trans Union LLC hereby file this Stipulation of Dismissal with Prejudice, and in support thereof would respectfully show the court as follows:

There are no longer any issues in this matter between Diana Calderon-Garcia and Trans Union LLC to be determined by this Court. Plaintiff and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are hereby dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

Dated this 6th day of January 2020.

**IT IS SO ORDERED.**

_____  01/06/2020
United States District Judge

/s/ Jennifer Bergh
Jennifer Bergh

/s/ David H. Krieger
David H. Krieger

4014491.1

| | |
|---|---|
| jbergh@qslwm.com<br>Quilling Selander Lownds<br>Winslett & Moser, P.C.<br>6900 N. Dallas Parkway, Suite 800<br>Plano, Texas 75024<br>(214) 560-5460<br>(214) 871-2111 Fax<br>**Counsel for Trans Union LLC** | dkrieger@hainesandkrieger.com<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>(702) 880-5554<br>(702) 383-5518 Fax<br>and<br>Matthew I. Knepper<br>matthew.kneppper@knepperclark.com<br>Miles N. Clark<br>miles.clark@knepperclark.com<br>5510 S. Fort Apache Road, Suite 30<br>Las Vegas, NV 89148<br>(702) 856-7430<br>(702) 447-8048 Fax<br>**Counsel for Plaintiff** |

/s/ Gina Mushmeche
Gina Mushmeche
gmushmeche@ksjattorneys.com
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123
(702) 362-6666
(802) 362-2203 Fax
**Counsel for Midland Funding, LLC**

**IT IS SO ORDERED**

_____
**HONORABLE ANDREW P. GORDON**
UNITED STATE DISTRICT JUDGE

4014491.1

1