1  Matthew I. Knepper, Esq.
   Nevada Bar No. 12796
2  Miles N. Clark, Esq.
   Nevada Bar No. 13848
3  KNEPPER & CLARK LLC
   5510 So. Fort Apache Rd, Suite 30
4  Las Vegas, NV 89148
   Phone: (702) 856-7430
5  Fax: (702) 447-8048
6  Email: matthew.knepper@knepperclark.com
   Email: miles.clark@knepperclark.com
7
   David H. Krieger, Esq.
8  Nevada Bar No. 9086
   HAINES & KRIEGER, LLC
9  8985 S. Eastern Ave., Suite 350
   Las Vegas, NV 89123
10 Phone: (702) 880-5554
   Fax: (702) 385-5518
11 Email: dkrieger@hainesandkrieger.com
12

13 *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIANA CALDERON-GARCIA, | Case No. 2:19-cv-01621-APG-EJY |
| Plaintiff, | **STIPULATION OF DISMISSAL OF MIDLAND FUNDING, LLC, WITH PREJUDICE** |
| v. | |
| TRANS UNION LLC; and MIDLAND FUNDING, LLC, | Complaint filed: September 13, 2019 |
| Defendants. | **ORDER** |

PLEASE TAKE NOTICE that Plaintiff Diana Calderon-Garcia ("Plaintiff") and Defendant

Midland Funding, LLC ("Midland") hereby stipulate and agree that the above-entitled action shall

be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2).

There are no longer any issues in this matter between Plaintiff Diana Calderon-Garcia and

Midland to be determined by the Court, and Midland is the only remaining defendant.  Plaintiff

hereby stipulates that all of her claims and causes of action against Midland, which were or could have been the subject matter of this lawsuit, are hereby dismissed with prejudice, without costs or fees to any party.

IT IS SO STIPULATED.
Dated January 30, 2020.

| KNEPPER & CLARK LLC | KRAVITZ, SCHNITZER, & JOHNSON, CHTD |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Gina M. Mushmeche* |
| Matthew I. Knepper, Esq., SBN 12796 | Gina M. Mushmeche, Esq., SBN 11611 |
| Miles N. Clark, Esq., SBN 13848 | 8985 S. Eastern Ave., Ste 200 |
| 5510 So. Fort Apache Rd, Suite 30 | Las Vegas, NV 89123 |
| Las Vegas, NV 89148 | Email: gmushmeche@ksjattorneys.com |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | *Counsel for Defendant* |
| | *Midland Funding, LLC* |
| **HAINES & KRIEGER LLC** | |
| David H. Krieger, Esq., SBN 9086 | |
| 8985 S. Eastern Avenue, Suite 350 | |
| Las Vegas, NV 89123 | |
| Email: dkrieger@hainesandkrieger.com | |
| | |
| *Counsel for Plaintiff* | |

## ORDER GRANTING

## STIPULATION OF DISMISSAL OF MIDLAND FUNDING, LLC, WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: January 31, 2020.

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430